TERRITORY OF OKLAHOMA, *on the relation of* CHARLES M. THACKER, *County Attorney in and for Greer County, Oklahoma,* v. FRANK WOODRING AND J. B. WOODRING.

(Filed February 11, 1905.)

1. BAIL—Powers of Courts and Clerks as to. Courts have inherent power to take bail or recognizance in a criminal case, but clerks have such power only when it is conferred upon them by statute.

2. SAME—Clerk. Our statute does not authorize the clerk of the district court to take bail in a criminal case, and hence a bail bond taken by him is void.

(Syllabus by the Court.)

Territory *ex rel.* v. Woodring *et al.*

*Error   from   the   Probate Court   of Greer County;* ` before*
*T. P. Clay, Trial Judge.*

*Chas. M. Thacker, County Attorney,* for plaintiff in error.

No appearance for defendant in error.

Opinion of the court by

HAINER, J.:   This is an action on a bail bond taken in a criminal action by the deputy clerk of the district court of Greer county.   The facts in this case are identical with those in the case of *Territory of Oklahoma, ex. rel. v. Allen, et al.,* cause No. 1596, decided at this term of the court, and the same question of law is involved.   Upon the authority of that case, the judgment of the court below is affirmed, at the costs of plaintiff in error.

Beauchamp, J., absent; all the other Justices concurring.